APT/CMS: USAO 2026R00329

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-26-173 |
| | * | |
| SHAWN HILL JUSTICE, | * | (Arson Affecting Interstate Commerce, |
| | * | 18 U.S.C. § 844(i); Aiding and |
| Defendant | * | Abetting, 18 U.S.C. § 2; Forfeiture, |
| | * | 18 U.S.C. § 981(a)(1)(C), |
| | * | 21 U.S.C. § 853) |
| | * | |

\*\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
### (Arson Affecting Interstate Commerce)

The Grand Jury for the District of Maryland charges that:

On or about October 29, 2025, in the District of Maryland, the defendant,

### SHAWN HILL JUSTICE,

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive materials, real and personal property—to wit, a building located at 3242 Old Washington Road in Waldorf, Maryland—which property was used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

18 U.S.C. § 844(i)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

1.    Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(B), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), as a result of a defendant's conviction under the offense alleged in this Indictment.

### Arson Forfeiture

2.    Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

### SHAWN HILL JUSTICE,

shall forfeit to the United States: (a) pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from, proceeds obtained directly or indirectly, as a result of such offenses; and (b) pursuant to 18 U.S.C. § 844(c), any explosive materials involved or used or intended to be used in the offenses.

### Substitute Assets

3.    If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be subdivided without difficulty;

pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States shall

be entitled to forfeiture of substitute property of the defendant up to the value of the forfeitable

property described above.


18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)


kOH / _____

Kelly O. Hayes
United States Attorney


A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson


5/20/26

Date


3